UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o MAGELLAN TRADING COMPANY, LLC

                Plaintiff,

      - against -

M/V CSAV CHICAGO, her engines, boilers, tackle,
furniture, apparel, etc *in rem*; CSAV Sud Americana
de Vapores S.A., and American Transportation
Group, *in personam*,

                Defendants.
-----------------------------------------------------------X

08 Civ.

**FRCP RULE 7.1**
<u>**DISCLOSURE STATEMENT**</u>



NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o MAGELLAN TRADING COMPANY, LLC, and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. MAGELLAN TRADING COMPANY, LLC is not a publicly traded company.

Dated: New York, New York
       February 15, 2008
       299-419

                            CASEY & BARNETT, LLC
                            Attorneys for Plaintiff

                    By: _____
                          Christopher M. Schierloh (CS-6644)
                          317 Madison Avenue, 21st Floor
                          New York, NY 10017
                          (212) 286-0225