KAPLAN J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
et al.

                Plaintiff,

- against -

M/V CSAV CHICAGO etc, et. al.

                Defendants
-------------------------------------------------------------X

RECEIVED MAY 06 2008 JUDGE KAPLAN'S CHAMBERS

08 Civ. 1592 (LAK)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       May 2, 2008
       299-419

                                      CASEY & BARNETT, LLC
                                      Attorneys for Plaintiff

                    By: _Martin F. Casey_
                                    Martin F. Casey (MFC-1415)
                                    317 Madison Avenue, 21st Floor
                                    New York, New York 10017
                                    (212) 286-0225

**SO ORDERED:**

_[signature]_
U.S.D.J.

5/6/08